MARVIN SHIEBLER, Suing for Himself and Other Taxpayers of Suffolk County, Appellant, *v.* EDWARD H. L. SMITH et al., Individually and as Composing the Board of Supervisors of Suffolk County, Respondents.

*Shiebler* v. *Smith*, 178 App. Div. 925, affirmed.

(Argued March 10, 1919; decided April 8, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 14, 1917, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term. This was a taxpayer's action under section 51 of the General Municipal Law against the defendants both in their capacity as the board of supervisors of Suffolk county and in their individual capacity, for the purpose of annulling the audit of the bill of the defendant Redfield for alleged services to the county of Suffolk in copying and extending the tax roll of the town of Southampton for the year 1915; holding the individual members of the board of supervisors personally responsible for the amount of said bill, $5,079.16, as moneys paid out on a collusive audit and to restore said sum to the county by judgment against the defendant Redfield primarily and against the other defendants for so much as should not be collectible from Redfield.

*Percy L. Housel* for appellant.

*Nathan O. Petty* and *John R. Vunk* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ. Not sitting: HISCOCK, Ch. J.